IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN MAXWELL MONTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3171 |
| | ) | |
| v. | ) | |
| | ) | |
| BILL GIBSON, CEO, | ) | RECUSAL ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because my handling of this case might reasonably create an appearance of impropriety,

IT IS ORDERED that the case is referred to the chief judge for reassignment.

Dated August 14, 2012.

BY THE COURT

_____

Warren K. Urbom
United States Senior District Judge